**Lamont McCLAIN, Movant/Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. 72391.**

Missouri Court of Appeals,
Eastern District,
Division Four.

April 28, 1998.

Raymund J. Capelovitch, Asst. Public Defender, St. Louis, for movant/appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Karen L. Kramer, Asst. Atty. Gen., Jefferson City, for respondent.

Before ROBERT G. DOWD, Jr., P.J., and SIMON and HOFF, JJ.

### ORDER

PER CURIAM.

Lamont McClain, Movant, appeals judgment entered denying his motion for postconviction relief pursuant to Rule 24.035. We affirm.

We have reviewed the record on appeal and the briefs of the parties and concluded the motion court's decision was not clearly erroneous. Rule 24.035(k). A published opinion would have no precedential value and we affirm by written order. Rule 84.16(b)(2). We have provided a memorandum opinion

for the use of the parties only. Judgment affirmed.